**Order entered August 26, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00199-CR**

**THE STATE OF TEXAS, Appellant**

**V.**

**JUANITA JERNIGAN, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB18-54318-M**

**ORDER**

On March 23, 2020, we abated this appeal for findings of fact and conclusions of law which were filed on August 5, 2020. Now before the Court is the State's August 11, 2020 motion to abate the appeal for further findings of fact. Although we held the motion for ten days, appellee did not file a response. The State seeks three additional findings, specifically whether:

    (1) Dallas Fire Rescue (DFR) identified appellee to Officer James Peeler, the arresting officer in the case, as the driver that caused the accident;

(2) Officer Peeler and his partner identified a tablet found in appellee's car as Tramadol; and

(3) Officer Peeler had "personal knowledge" about the appearance and side effects of Tramadol because his wife had been prescribed Tramadol after cancer.

We **GRANT** the State's request in that we **ORDER** the Honorable Pamela Luther, Presiding Judge, County Criminal Court of Appeals No. 2, Dallas County, to file, **on or before SEPTEMBER 16, 2020**, findings of fact regarding the three statements listed above or written notification to the Court that no further findings will be made. *See State v. Elias*, 339 S.W.3d 667, 674 (Tex. Crim. App. 2011); *State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006). If necessary, the judge may review the reporter's record of the testimony upon which the original ruling was made to refresh her recollection of the reasons behind such ruling. *See Wicker v. State*, 740 S.W.2d 779, 784 (Tex. Crim. App. 1987).

We **ORDER** Dallas County Clerk John Warren to file a supplemental clerk's record containing the trial court's findings and conclusions **on or before SEPTEMBER 23, 2020.** We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Pamela Luther, Presiding Judge, County Criminal Court of Appeals No. 2, Dallas County; Dallas County Clerk John Warren; and counsel for the parties.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. It shall be reinstated when the supplemental clerk's record is filed,

the trial court files a notification no further findings will be made, or when the Court deems it appropriate to do so.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE